## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Grillnetics, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-3356756** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5609 W. Latham St., #105**<br>**Phoenix, AZ 85043**<br>Number, Street, City, State & ZIP Code | **2750 Illinois Drive, #205**<br>**Fort Collins, CO 80525**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Maricopa**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.grillnetics.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in** *this district?*          *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

███    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 20, 2023**
              MM / DD / YYYY

**X** **/s/ Andrew Mill**                                              **Andrew Mill**
Signature of authorized representative of debtor                      Printed name

                                                                      Email Address of debtor

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Philip J. Giles**                                         Date **January 20, 2023**
Signature of attorney for debtor                                           MM / DD / YYYY

**Philip J. Giles 30340**
Printed name

**Allen Barnes & Jones, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone  **602-256-6000**       Email address   **pgiles@allenbarneslaw.com**

**30340 AZ**
Bar number and State

# Grillnetics, LLC
# Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10001 · WELLS FARGO | 21,274.22 |
| 10002 · BANK OF CO PAYROLL 681 | 29,813.90 |
| 10004 · BANK OF CO OPERATING 849 | -3,039.02 |
| 10005 · BANK OF CO CASH 312 | 46.28 |
| **Total Checking/Savings** | 48,095.38 |
| **Accounts Receivable** | |
| 11000 · ACCOUNTS RECEIVABLE | 50,407.72 |
| **Total Accounts Receivable** | 50,407.72 |
| **Other Current Assets** | |
| **INVENTORY** | |
| 12600 · INV - CRATED APPLIANCES | 45,886.08 |
| 12800 · RAW MATERIALS CABINET INVENTORY | 34,408.68 |
| **Total INVENTORY** | 80,294.76 |
| 11020 · PREPAID EXPENSES | 47,553.83 |
| 12000 · *UNDEPOSITED FUNDS | 19,427.90 |
| **Total Other Current Assets** | 147,276.49 |
| **Total Current Assets** | 245,779.59 |
| **Fixed Assets** | |
| 15000 · LEASE HOLD IMPROVEMENTS | |
| 16000 · A/D LEASE HOLD IMPROVEMENTS | -9,633.08 |
| 15000 · LEASE HOLD IMPROVEMENTS - Other | 81,601.38 |
| **Total 15000 · LEASE HOLD IMPROVEMENTS** | 71,968.30 |
| 15300 · COMPUTERS | |
| 16300 · A/D COMPUTERS | -2,425.37 |
| 15300 · COMPUTERS - Other | 6,210.18 |
| **Total 15300 · COMPUTERS** | 3,784.81 |
| 15500 · EQUIPMENT & MACHINERY | 787,555.58 |
| 15700 · SOFTWARE | |
| 16700 · A/D SOFTWARE | -156,847.64 |
| 15700 · SOFTWARE - Other | 314,182.87 |
| **Total 15700 · SOFTWARE** | 157,335.23 |
| 15750 · INTERNAL SOFTWARE | |
| 16750 · A/D INTERNAL SOFTWARE | -27,120.87 |
| 15750 · INTERNAL SOFTWARE - Other | 47,125.00 |
| **Total 15750 · INTERNAL SOFTWARE** | 20,004.13 |
| 16500 · A/D EQUIPMENT & MACHINERY | -162,346.77 |
| **Total Fixed Assets** | 878,301.28 |
| **Other Assets** | |
| **INTANGIBLE ASSETS** | |
| 17100 · PATENTS | |
| 17200 · PATENTS ACCUMULATED AMORT | -1,862.98 |
| 17100 · PATENTS - Other | 18,022.28 |
| **Total 17100 · PATENTS** | 16,159.30 |

# Grillnetics, LLC
## Balance Sheet
### As of December 31, 2022

|  | Dec 31, 22 |
|---|---|
| **17300 · ORGANIZATIONAL COSTS** |  |
| 17400 · ORGANIZATIONAL ACCUM AMORT | -3,745.91 |
| 17300 · ORGANIZATIONAL COSTS - Other | 21,428.00 |
| **Total 17300 · ORGANIZATIONAL COSTS** | 17,682.09 |
| **Total INTANGIBLE ASSETS** | 33,841.39 |
| **19000 · Security Deposit** | 23,000.00 |
| **Total Other Assets** | 56,841.39 |
| **TOTAL ASSETS** | **1,180,922.26** |
| **LIABILITIES & EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Accounts Payable** |  |
| 20000 · ACCOUNTS PAYABLE | 749,196.43 |
| **Total Accounts Payable** | 749,196.43 |
| **Credit Cards** |  |
| 20100 · CC-BANK OF COLORADO | 72,732.50 |
| **Total Credit Cards** | 72,732.50 |
| **Other Current Liabilities** |  |
| 20400 · DEPOSITS | 55,370.50 |
| 21000 · SHORT TERM LOAN FROM MB | 1,575,942.23 |
| 21500 · LOAN FROM ANDY MILL | 726,500.00 |
| 22000 · SALES TAX PAYABLE | -559.09 |
| **Total Other Current Liabilities** | 2,357,253.64 |
| **Total Current Liabilities** | 3,179,182.57 |
| **Long Term Liabilities** |  |
| 26500 · N/P MILL BROTHERS | 428,882.78 |
| 27000 · N/P WOLF ROBOT | 201,507.73 |
| 27500 · N/P PMI SAW & WATER TREATMENT | 100,394.81 |
| 28000 · N/P PRUSSIANI | 240,137.61 |
| 28500 · N/P MILL BROTHERS 17800 | 200,000.00 |
| **Total Long Term Liabilities** | 1,170,922.93 |
| **Total Liabilities** | 4,350,105.50 |
| **Equity** |  |
| 30000 · OPENING BALANCE EQUITY | 47,698.28 |
| 31000 · PAID IN EQUITY | 95.00 |
| 32000 · RETAINED EARNINGS | -1,470,235.90 |
| 33100 · REDEMPTION - SCHACHTE | -5,000.00 |
| Net Income | -1,741,740.62 |
| **Total Equity** | -3,169,183.24 |
| **TOTAL LIABILITIES & EQUITY** | **1,180,922.26** |

Case 2:23-bk-00374-BKM    Doc 1    Filed 01/20/23    Entered 01/20/23 14:08:36    Desc
Main Document       Page 6 of 28

# Grillnetics, LLC
# Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 41100 · LEGACY REVENUE | 904,185.31 |
| 41200 · UNILOCK REVENUE | 501,902.05 |
| 41300 · BBQ GUYS REVENUE | 291,876.76 |
| 42000 · CUSTOM CABINET REVENUE | 0.00 |
| 45000 · APPLIANCE REVENUES | 1,181,811.41 |
| 47000 · FINISHED ISLAND REVENUE | 311,108.67 |
| 48900 · SHIPPING & DELIVERY INCOME | 56,456.21 |
| 48950 · SERVICE REVENUE | 6,050.00 |
| 49000 · DISCOUNTS | -1,192.40 |
| **Total Income** | 3,252,198.01 |
| **Cost of Goods Sold** |  |
| **INDIRECT COSTS** |  |
| 56100 · RENT - COGS | 275,013.27 |
| 56200 · UTILITIES - COGS | 20,018.90 |
| 56300 · REPAIRS - COGS | 9,398.47 |
| 56400 · EQUIPMENT LEASE - COGS | 30,857.16 |
| 56500 · SMALL TOOLS & SUPPLIES | 49,406.32 |
| 56600 · FUEL/GAS - COGS | 2,376.69 |
| 56900 · DEPRECIATION EQUIP - COGS | 99,984.45 |
| **Total INDIRECT COSTS** | 487,055.26 |
| **LABOR COGS** |  |
| 55000 · SUBCONTRACTORS | 18,432.99 |
| 55100 · DIRECT LABOR | 867,655.76 |
| 55250 · LABOR BURDEN |  |
| 55310 · SOCIAL SECURITY | 55,193.84 |
| 55320 · MEDICARE | 12,908.20 |
| 55400 · UNEMPLOYMENT TAXES | 5,503.26 |
| 55410 · FUTA | 1,651.04 |
| 55600 · EMPLOYEE BENEFITS | 16,331.90 |
| **Total 55250 · LABOR BURDEN** | 91,588.24 |
| **Total LABOR COGS** | 977,676.99 |
| **MATERIALS - COGS** |  |
| 50010 · COGS CABINETRY MATERIAL | 417,491.16 |
| 50020 · COGS APPLIANCES | 771,307.69 |
| 50030 · FINISHED ISLAND MATERIALS | 43,724.60 |
| 50040 · INVENTORY ADJUSTMENT | 5,943.67 |
| **Total MATERIALS - COGS** | 1,238,467.12 |
| **PACKAGING** |  |
| 50001 · COGS PACKAGING | 58,497.08 |
| **Total PACKAGING** | 58,497.08 |
| 50002 · CONSUMABLES | 18,213.77 |
| 50400 · FREIGHT & SHIPPING COSTS | 327,351.38 |
| **Total COGS** | 3,107,261.60 |
| **Gross Profit** | 144,936.41 |
| **Expense** |  |
| **OFFICE EXPENSES** |  |
| **FACILITIES EXPENSE** |  |
| 64000 · RENT EXPENSE | 15,968.49 |
| 64100 · UTILITIES | 2,567.38 |
| 64200 · OFFICE CLEANING | 2,928.33 |
| 64400 · OTHER FACILITIES EXPENSES | 644.90 |
| **Total FACILITIES EXPENSE** | 22,109.10 |

# Grillnetics, LLC
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| 60100 · BANK FEES | 14,567.64 |
| 60200 · MERCHANT FEES | 52,595.61 |
| 60250 · BREAD FEES | 2,020.77 |
| 60300 · SAFETY/TRAINING | 325.39 |
| 61000 · COMPUTER, PHONE, & INTERNET | 12,738.28 |
| 61100 · ADMINISTRATIVE DUES & FEES | 2,789.51 |
| 63000 · SOFTWARE | 37,314.65 |
| 63300 · REPAIRS & MAINTENANCE | 2,500.56 |
| 63400 · POSTAGE & DELIVERY | 167.35 |
| 63450 · PRINTING & REPRODUCTION | 888.36 |
| 63600 · OFFICE SUPPLIES | 4,225.59 |
| 63700 · COMMERCIAL INSURANCE PACKAGE | 37,010.34 |
| 64600 · CUSTOMER SERVICE | 1,700.00 |
| 64700 · BAD DEBT EXPENSE | 8,538.18 |
| **Total OFFICE EXPENSES** | **199,491.33** |
|  |  |
| **PAYROLL EXPENSE** |  |
| 65100 · INDIRECT LABOR | 520,734.53 |
| 65200 · COMMISSION | 122,662.41 |
| 65300 · PAYROLL TAX EXPENSES |  |
| 65310 · COLORADO UI | 3,702.53 |
| 65320 · ARIZONA UI | 140.01 |
| 65330 · MICHIGAN UI | 292.23 |
| 65340 · MEDICARE | 9,075.99 |
| 65350 · SOCIAL SECURITY | 38,807.59 |
| 65360 · FEDERAL UI | 528.18 |
| **Total 65300 · PAYROLL TAX EXPENSES** | **52,546.53** |
|  |  |
| 65400 · EMPLOYEE BENEFITS |  |
| 65410 · HEALTH INSURANCE | 26,538.89 |
| 65420 · DENTAL INSURANCE | 922.88 |
| 65430 · VISION INSURANCE | 226.87 |
| 65400 · EMPLOYEE BENEFITS - Other | -1,434.97 |
| **Total 65400 · EMPLOYEE BENEFITS** | **26,253.67** |
|  |  |
| 65550 · EMPLOYEE ADVANCE | 1,010.76 |
| 65600 · PAID TIME OFF | 29,815.29 |
| 65650 · HOLIDAY PAY | 26,000.48 |
| 65800 · WORKER'S COMP INSURANCE | 17,266.00 |
| 65900 · PAYROLL FEES | 20,803.92 |
| **Total PAYROLL EXPENSE** | **817,093.59** |
|  |  |
| **PROFESSIONAL SERVICES** |  |
| 66710 · CONSULTING/CONTRACTING | 0.00 |
| 66720 · LEGAL FEES | 8,738.00 |
| 66730 · PATENT FEES | 581.24 |
| 66740 · ACCOUNTING & TAX | 7,450.00 |
| **Total PROFESSIONAL SERVICES** | **16,769.24** |
|  |  |
| **SALES & MARKETING** |  |
| 67000 · ADVERTISING & MARKETING | 87,566.32 |
| 67100 · TRADESHOWS | 2,921.00 |
| 67200 · WEBSITE | 50,266.52 |
| 67300 · MARKETING MATERIALS | 1,776.72 |
| **Total SALES & MARKETING** | **142,530.56** |

# Grillnetics, LLC
## Profit & Loss
### January through December 2022

|  | Jan - Dec 22 |
|---|---|
| **TRAVEL & ENTERTAINMENT** | |
| 68150 · AIRFARE | 4,941.87 |
| 68200 · LODGING | 4,153.33 |
| 68300 · TRANSPORTATION | 2,254.17 |
| 68350 · FUEL/GAS/OIL | 2,162.65 |
| 68400 · MEALS & ENTERTAINMENT | 5,859.94 |
| 68500 · OTHER TRAVEL & ENTERTAINMENT | 3,731.82 |
| **Total TRAVEL & ENTERTAINMENT** | 23,103.78 |
| **Total Expense** | 1,198,988.50 |
| **Net Ordinary Income** | -1,054,052.09 |
| **Other Income/Expense** | |
| **Other Income** | |
| 75000 · OTHER INCOME | 42,098.07 |
| 76000 · INTEREST EARNED | 0.23 |
| **Total Other Income** | 42,098.30 |
| **Other Expense** | |
| 70000 · INVENTORY ADJUSTMENT | 576,435.95 |
| 71000 · INTEREST EXPENSE | 33,203.98 |
| 72000 · DEPRECIATION EXPENSE | 114,904.47 |
| 73000 · AMORTIZATION LEASEHOLD | 5,440.08 |
| 74000 · AMORTIZATION PATENTS | 905.88 |
| 74500 · AMORTIZATION ORG COSTS | 1,428.48 |
| **Total Other Expense** | 732,318.84 |
| **Net Other Income** | -690,220.54 |
| **Net Income** | -1,744,272.63 |

# Form **1065**

U.S. Return of Partnership Income

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning _____ , ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2021**

**A** Principal business activity
OUTDOOR CABINETRY

**B** Principal product or service
OUTDOOR CABINETRY

**C** Business code number
339900

Name of partnership
GRILLNETICS, LLC

Type or Print

Number, street, and room or suite no. If a P.O. box, see instructions.
4563 DENROSE CT.

City or town, state or province, country, and ZIP or foreign postal code
FORT COLLINS                    CO 80524

**D** Employer identification number
8       6756

**E** Date business started
01/01/2020

**F** Total assets
$ 1,208,051.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ........ 4

**J** Check if Schedules C and M-3 are attached .................................................................................. ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 4,056,076. | |
| | **b** Returns and allowances | **1b** 80,090. | |
| | **c** Balance. Subtract line 1b from line 1a | **1c** | 3,975,986. |
| | **2** Cost of goods sold (attach Form 1125-A) | **2** | 2,612,164. |
| | **3** Gross profit. Subtract line 2 from line 1c | **3** | 1,363,822. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | |
| | **7** Other income (loss) (attach statement)      SEE STATEMENT 1 | **7** | 2,617. |
| | **8** **Total income (loss).** Combine lines 3 through 7 | **8** | 1,366,439. |
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | **9** | 1,004,994. |
| | **10** Guaranteed payments to partners | **10** | |
| | **11** Repairs and maintenance | **11** | 6,346. |
| | **12** Bad debts | **12** | 50. |
| | **13** Rent | **13** | 233,969. |
| | **14** Taxes and licenses      SEE STATEMENT 2 | **14** | 78,789. |
| | **15** Interest (see instructions) | **15** | 21,071. |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** 784,086. | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | |
| | | **16c** | 784,086. |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** | **17** | |
| | **18** Retirement plans, etc. | **18** | |
| | **19** Employee benefit programs | **19** | 24,651. |
| | **20** Other deductions (attach statement)      SEE STATEMENT 3 | **20** | 953,492. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | **21** | 3,107,448. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | **22** | -1,741,009. |
| **Tax and Payments** | **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | **23** | |
| | **24** Interest due under the look-back method-income forecast method (attach Form 8866) | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) | **25** | |
| | **26** Other taxes (see instructions) | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 | **27** | |
| | **28** Payment (see instructions) | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member                    Date

May the IRS discuss this return with the preparer shown below? See instr.
☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| SID FAHSHOLTZ, CPA | | | | P00779361 |

Firm's name ▶ BROCK AND COMPANY, CPAS, P.C.

Firm's EIN ▶

Firm's address ▶ 3711 JFK PARKWAY, SUITE 315
FORT COLLINS, CO 80525

Phone no. 970-223-7855

LHA For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2021)

| Schedule B | Other Information |
|---|---|

**1** What type of entity is filing this return?  Check the applicable box: | Yes | No |

**a** ☐ Domestic general partnership  **b** ☐ Domestic limited partnership

**c** ☒ Domestic limited liability company  **d** ☐ Domestic limited liability partnership

**e** ☐ Foreign partnership  **f** ☐ Other ▶

**2** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................................................................. | | X |

**b** Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership ............................................................................. | X | |

**3** At the end of the tax year, did the partnership:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below ............................................................................. | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below ............................................................................. | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**4** Does the partnership satisfy **all four** of the following conditions? | Yes | No |

**a** The partnership's total receipts for the tax year were less than $250,000.

**b** The partnership's total assets at the end of the tax year were less than $ 1 million.

**c** Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.

**d** The partnership is not filing and is not required to file Schedule M-3 ............................................................................. | | X |

If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1.

**5** Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? ............................................................................. | | X |

**6** During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ............................................................................. | | X |

**7** Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? ............................................................................. | | X |

**8** At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country  ▶ ............................................................................. | | X |

**9** At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions ............................................................................. | | X |

**10 a** Is the partnership making, or had it previously made (and not revoked), a section 754 election? ............................................................................. | | X |

See instructions for details regarding a section 754 election.

**b** Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions ............................................................................. | | X |

## Schedule B   Other Information *(continued)*

| | | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| 16 a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or receiving a distribution from the partnership ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:           By Vote           By Value | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | X | |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ 4 | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶

| U.S. address of PR ▶ | U.S. phone number of PR ▶ |
|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual ▶ | U.S. phone number of designated individual ▶ |
|---|---|

| Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** | Ordinary business income (loss) (page 1, line 22) | | **1** | -1,741,009. |
| | **2** | Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** | Other gross rental income (loss) | **3a** | | |
| | **b** | Expenses from other rental activities (attach statement) | **3b** | | |
| | **c** | Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** | Guaranteed payments: **a** Services **4a** | **b** Capital **4b** | | |
| | **c** | Total. Add lines 4a and 4b | | **4c** | |
| | **5** | Interest income | | **5** | |
| | **6** | Dividends and dividend equivalents: **a** Ordinary dividends | | **6a** | |
| | **b** | Qualified dividends **6b** | **c** Dividend equivalents **6c** | | |
| | **7** | Royalties | | **7** | |
| | **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | | **9a** | |
| | **b** | Collectibles (28%) gain (loss) | **9b** | | |
| | **c** | Unrecaptured section 1250 gain (attach statement) | **9c** | | |
| | **10** | Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** | Other income (loss) (see instructions) Type ▶ | | **11** | |
| **Deductions** | **12** | Section 179 deduction (attach Form 4562) | | **12** | |
| | **13a** | Contributions | | **13a** | |
| | **b** | Investment interest expense | | **13b** | |
| | **c** | Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | | **13c(2)** | |
| | **d** | Other deductions (see instructions) Type ▶ | | **13d** | |
| **Self-Employ-ment** | **14a** | Net earnings (loss) from self-employment | | **14a** | -1,124,583. |
| | **b** | Gross farming or fishing income | | **14b** | |
| | **c** | Gross nonfarm income | | **14c** | |
| **Credits** | **15a** | Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** | Low-income housing credit (other) | | **15b** | |
| | **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** | Other rental real estate credits (see instructions) Type ▶ | | **15d** | |
| | **e** | Other rental credits (see instructions) Type ▶ | | **15e** | |
| | **f** | Other credits (see instructions) Type ▶ | | **15f** | |
| **International Transactions** | **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ▢ | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** | Post-1986 depreciation adjustment | | **17a** | |
| | **b** | Adjusted gain or loss | | **17b** | |
| | **c** | Depletion (other than oil and gas) | | **17c** | |
| | **d** | Oil, gas, and geothermal properties - gross income | | **17d** | |
| | **e** | Oil, gas, and geothermal properties - deductions | | **17e** | |
| | **f** | Other AMT items (attach statement) | | **17f** | |
| **Other Information** | **18a** | Tax-exempt interest income | | **18a** | |
| | **b** | Other tax-exempt income | | **18b** | |
| | **c** | Nondeductible expenses | | **18c** | |
| | **19a** | Distributions of cash and marketable securities | | **19a** | |
| | **b** | Distributions of other property | | **19b** | |
| | **20a** | Investment income | | **20a** | |
| | **b** | Investment expenses | | **20b** | |
| | **c** | Other items and amounts (attach statement) STMT 4 | | | |
| | **21** | Total foreign taxes paid or accrued | | **21** | |

111041 11-29-21

Form **1065** (2021)

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | | **1** | −1,741,009. |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | −1,124,583. | −616,426. | | | |

## Schedule L | Balance Sheets per Books

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** Cash | | 281,238. | | −61,952. |
| **2a** Trade notes and accounts receivable | 49,613. | | 210,221. | |
| **b** Less allowance for bad debts | | 49,613. | | 210,221. |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | STATEMENT 5 | 9,688. | | 24,494. |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | 349,826. | | 1,133,911. | |
| **b** Less accumulated depreciation | 10,996. | 338,830. | 134,805. | 999,106. |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | | | |
| **12a** Intangible assets (amortizable only) | 35,153. | | 39,450. | |
| **b** Less accumulated amortization | 1,119. | 34,034. | 3,268. | 36,182. |
| **13** Other assets (attach statement) | | | | |
| **14** Total assets | | 713,403. | | 1,208,051. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | 91,120. | | 320,803. |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | 1,300,298. |
| **17** Other current liabilities (attach statement) | STATEMENT 6 | 230,159. | | 802,750. |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 700,280. | | 784,472. |
| **20** Other liabilities (attach statement) | | | | |
| **21** Partners' capital accounts | | −308,156. | | −2,000,272. |
| **22** Total liabilities and capital | | 713,403. | | 1,208,051. |

## Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | |
|---|---|---|---|---|
| **1** Net income (loss) per books | −1,692,116. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): STMT 8 | 611,050. | **a** Tax-exempt interest $ _____ | | |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13d and 21, not charged against book income this year (itemize): | | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d and 21 (itemize): STMT 9  338. | | **a** Depreciation $ _____ 660,281. | | 660,281. |
| **a** Depreciation $ _____ | | **8** Add lines 6 and 7 | | 660,281. |
| **b** Travel and entertainment $ _____ | 338. | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | −1,741,009. |
| **5** Add lines 1 through 4 | −1,080,728. | | | |

## Schedule M-2 | Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| **1** Balance at beginning of year | −383,678. | **6** Distributions: **a** Cash | | |
| **2** Capital contributed: **a** Cash | | **b** Property | | |
| **b** Property | | **7** Other decreases (itemize): | | |
| **3** Net income (loss) (see instructions) | −1,741,009. | | | |
| **4** Other increases (itemize): | | **8** Add lines 6 and 7 | | |
| **5** Add lines 1 through 4 | −2,124,687. | **9** Balance at end of year. Subtract line 8 from line 5 | | −2,124,687. |

Case 2:23-bk-00374-BKM    Doc 1    Filed 01/20/23    Entered 01/20/23 14:08:36    Desc
Main Document    Page 14 of 28

| Form | **1125-A** | | **Cost of Goods Sold** | | |
|---|---|---|---|---|---|

**Form 1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| GRILLNETICS, LLC | 6756 |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | |
| **3** | Cost of labor | **3** | 690,029. |
| **4** | Additional section 263A costs (attach schedule)     SEE STATEMENT 10 | **4** | 1,922,135. |
| **5** | Other costs (attach schedule) | **5** | |
| **6** | **Total.** Add lines 1 through 5 | **6** | 2,612,164. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 2,612,164. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ............................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ............ ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed

   under LIFO ............................................................................. **9d**

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............ ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............ ☐ Yes ☒ No

   If "Yes," attach explanation.

---

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

124441
04-01-21   LHA

| SCHEDULE B-1 (Form 1065) (Rev. August 2019) Department of the Treasury Internal Revenue Service | Information on Partners Owning 50% or More of the Partnership ▶ Attach to Form 1065. ▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of partnership | Employer identification number |
|---|---|
| GRILLNETICS, LLC | 6756 |

**Part I**   **Entities Owning 50% or More of the Partnership**   (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**   **Individuals or Estates Owning 50% or More of the Partnership**   (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| ANDREW MILL | | UNITED STATES | 64.44 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**      **Schedule B-1 (Form 1065) (Rev. 8-2019)**

124551 04-01-21

# Election Out of the Centralized Partnership Audit Regime

► Attach to Form 1065 or Form 1066.
► Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

| Name of Partnership | Employer Identification Number (EIN) |
|---|---|
| GRILLNETICS, LLC | 6756 |

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

## Part I  List of Eligible Partners

Use the following codes under Type of Eligible Partner:
I - Individual  C - Corporation  E - Estate of Deceased Partner  F - Eligible Foreign Entity  S - S corporation

| | Name of Partner | Taxpayer Identification Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | ANDREW MILL | | I |
| 2 | TYLER JOHANSEN | | I |
| 3 | DEVIN TURNER | | I |
| 4 | DARRELL TURMAN | | I |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

## Part II  List of S Corporation Shareholders  (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)

Use the following codes under Type of Person:
I - Individual  E - Estate of Deceased Shareholder  T - Trust  O - Other

| Name of
S Corporation Partner ► | | TIN of Partner ► | |
|---|---|---|---|
| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

## Part III  Total Number of Schedules K-1 Required To Be Issued.  See instructions.

| | | | |
|---|---|---|---|
| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership ............. | 1 | 4. |
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners ......... | 2 | |
| 3 | **Total. Add line 1 and line 2** | 3 | 4. |

**Note:** If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

LHA  For Paperwork Reduction Act Notice, see the instructions for Form 1065.  114211 11-20-18

Schedule B-2 (Form 1065) (12-2018)

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

OMB No. 1545-0172

**2021**

Attachment
Sequence No. **179**

# Depreciation and Amortization
### (Including Information on Listed Property)    OTHER    1
▶ Attach to your tax return.
▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| GRILLNETICS, LLC | OUTDOOR CABINETRY | 6756 |

## Part I    Election To Expense Certain Property Under Section 179    Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,050,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,620,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2020 Form 4562 | | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | **12** | |
| 13 | Carryover of disallowed deduction to 2022. Add lines 9 and 10, less line 12 ▶ | **13** | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 784,086. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2021 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2021 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b    5-year property | | | | | | |
| c    7-year property | | | | | | |
| d    10-year property | | | | | | |
| e    15-year property | | | | | | |
| f    20-year property | | | | | | |
| g    25-year property | | | 25 yrs. | | S/L | |
| h    Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i    Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2021 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b    12-year | | | 12 yrs. | | S/L | |
| c    30-year | / | | 30 yrs. | MM | S/L | |
| d    40-year | / | | 40 yrs. | MM | S/L | |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 784,086. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

Case 2:23-bk-00374-BKM   Doc 1   Filed 01/20/23   Entered 01/20/23 14:08:36   Desc
Main Document      Page 18 of 28

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a  Do you have evidence to support the business/investment use claimed? [ ] Yes [ ] No  24b If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | 25 | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | 28 | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | 29 | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2021 tax year: | | | | | |
| CR MILES PATENT | 110121 | 4,297. | 709 | 20 | 36. |
| 43 Amortization of costs that began before your 2021 tax year | | | | 43 | 1,781. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report | | | | 44 | 1,817. |

116252 12-21-21                                                                                    Form **4562** (2021)

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Grillnetics, LLC
4563 Denrose Ct.
Fort Collins, CO  80524

Employer Identification Number:        6756

For the Year Ending December 31, 2021

Grillnetics, LLC is making the de minimis safe harbor election under
Reg. Sec. 1.263(a)-1(f).

| FORM 1065 | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| OTHER INCOME | 2,617. |
| TOTAL TO FORM 1065, LINE 7 | 2,617. |

| FORM 1065 | TAX EXPENSE | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 78,789. |
| TOTAL TO FORM 1065, LINE 14 | 78,789. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADVERTISING | 384,881. |
| AMORTIZATION EXPENSE | 1,817. |
| BANK FEES | 19,551. |
| BREAD FEES | 1,948. |
| CLEANING EXPENSES | 3,586. |
| COMPUTER EXPENSES | 38,155. |
| CONSULTING FEES | 17,199. |
| DUES AND FEES | 15,350. |
| EQUIPMENT LEASE EXPENSES | 30,857. |
| EXTENDED WARRANTIES | 3,479. |
| INSURANCE | 73,742. |
| MEALS NOT SUBJECT TO LIMITATION | 6,472. |
| MERCHANT FEES | 80,520. |
| MOVING EXPENSES | 56,455. |
| OFFICE SUPPLIES | 10,268. |
| POSTAGE AND DELIVERY | 190. |
| PROFESSIONAL FEES | 49,399. |
| SAFETY AND TRAINING | 645. |
| SMALL TOOLS AND EQUIPMENT | 62,713. |
| TRAVEL | 36,515. |
| UTILITIES | 59,750. |
| TOTAL TO FORM 1065, LINE 20 | 953,492. |

| SCHEDULE K | OTHER ITEMS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SECTION 199A - ORDINARY INCOME (LOSS) | -1,741,009. |
| SECTION 199A W-2 WAGES | 1,596,684. |
| SECTION 199A UNADJUSTED BASIS OF ASSETS | 1,173,362. |
| BUSINESS INTEREST EXPENSE | 21,071. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| PREPAID EXPENSES | 2,965. | 1,494. |
| OTHER CURRENT RECEIVABLES | 6,723. | 0. |
| SECURITY DEPOSITS | | 23,000. |
| TOTAL TO SCHEDULE L, LINE 6 | 9,688. | 24,494. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| OTHER CURRENT LIABILITIES | 196,009. | 804,575. |
| PAYROLL LIABILITIES | 574. | 0. |
| ACCRUED PAYROLL | 33,576. | 0. |
| ACCRUED PAYABLE | 0. | -1,825. |
| TOTAL TO SCHEDULE L, LINE 17 | 230,159. | 802,750. |

FORM 1065           PARTNERS' CAPITAL ACCOUNT SUMMARY         STATEMENT 7

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH- DRAWALS | ENDING CAPITAL |
|---|---|---|---|---|---|
| 1 | -249,387. | | -1,124,583. | | -1,373,970. |
| 2 | -134,291. | | -605,545. | | -739,836. |
| 3 | 0. | | -5,441. | | -5,441. |
| 4 | 0. | | -5,440. | | -5,440. |
| TOTAL | -383,678. | | -1,741,009. | | -2,124,687. |

| SCHEDULE M-1 | INCOME NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 8 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ACCRUAL TO CASH ADJUSTMENTS | 611,050. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 611,050. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT 9 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| AMORTIZATION | 338. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 338. |

FORM 1125-A              ADDITIONAL SECTION 263A COSTS            STATEMENT 10

| DESCRIPTION | AMOUNT |
|---|---|
| PACKAGING AND MATERIALS | 1,354,667. |
| FREIGHT AND SHIPPING | 342,206. |
| OTHER INDIRECT EXPENSES | 206,768. |
| SUBCONTRACTOR EXPENSES | 18,494. |
| TOTAL TO LINE 4 | 1,922,135. |

Fill in this information to identify the case:

| Debtor name | **Grillnetics, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Mill Brothers Landscape & Nursery, Inc. 4760 Three Bell Parkway Timnath, CO 80547** | | **loan (due in full by 12/31/2026)** | | | | $445,481.05 |
| **Ryerson, Inc. Joseph T. Ryerson & Son Inc. 24487 Network Place Chicago, IL 60673-1244** | | **vendor debt** | | | | $190,095.59 |
| **FedEx Freight (Online) Dept. Ch P.O. Box 10306 Palatine, IL 60055-0306** | | **vendor debt** | | | | $151,041.77 |
| **Engs Commercial Finance Co. One Pierce Place, Suite 1100 West Itasca, IL 60143** | | **Prussiani Star XL CNC Bridge Saw and Prussiani Italia CNC Bridge Saw** | | $246,798.81 | $123,000.00 | $123,798.81 |
| **Engs Commercial Finance Co. One Pierce Place, Suite 1100 West Itasca, IL 60143** | | **Wolf Robotics IRB 2600ID-8 2.0 Slx Axis Robot Package, Lincoln Tooling with all accessories, attachments and components** | | $207,608.22 | $100,000.00 | $107,608.22 |
| **Western Computer 351 Candalaria Road Oxnard, CA 93030** | | **vendor debt** | | | | $77,756.47 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of Colorado Fort Collins-North Branch 1102 Lincoln Ave Fort Collins, CO 80524** | | credit card | | | | $72,732.50 |
| **Engs Commercial Finance Co. One Pierce Place, Suite 1100 West Itasca, IL 60143** | | **PMI Auto 24 DS Drill & Saw System and Water Treatment Solutions Model 4-8 Filtration System** | | $107,260.45 | $35,000.00 | $72,260.45 |
| **Middleby Residential/Viking Range LLC P.O. Box 930465 Atlanta, GA 31193-0465** | | vendor debt | | | | $61,334.06 |
| **Mode Distributing LLC 4945 E. Hunter Ave Anaheim, CA 92807** | | vendor debt | | | | $57,115.84 |
| **Mill Brothers Landscape & Nursery, Inc. 4760 Three Bell Parkway Timnath, CO 80547** | | past due lease payments | | | | $33,428.59 |
| **Realstone Systems 1170 Souter Troy Troy, MI 48083** | | vendor debt | | | | $25,149.44 |
| **R&L Carriers 600 Gillam Road P.O. Box 271 Wilmington, OH 45177-0271** | | vendor debt | | | | $23,715.81 |
| **Milestone Distributors P.O. Box 110669 Carrollton, TX 75011** | | vendor debt | | | | $16,518.15 |
| **Packaging Specialists, Inc. 6858 W. Chicago St. Suite 1 Chandler, AZ 85226** | | vendor debt | | | | $13,159.62 |
| **Tristate Distributors P.O. Box 3623 Spokane, WA 99220-3623** | | vendor debt | | | | $12,096.85 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Spoon Creative, Inc. 220 North Green Street Chicago, IL 60607** | | **vendor debt** | | | | **$11,150.00** |
| **Majestic Hearth Distributors 3975 Monaco Parkway Suite D Denver, CO 80207** | | **vendor debt** | | | | **$11,063.54** |
| **Evo America, LLC 20360 SW Avery Ct Tualatin, OR 97062** | | **vendor debt** | | | | **$8,076.45** |
| **Arizona Pallet P.O. Box 18107 Phoenix, AZ 85009** | | **vendor debt** | | | | **$7,737.50** |