**Fill in this information to identify the case:**

Debtor name  **Grillnetics, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:23-bk-00374-BKM**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February  3, 2023**   X **/s/ Andrew Mill**
Signature of individual signing on behalf of debtor

**Andrew Mill**
Printed name

**Manager**
Position or relationship to debtor

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

**Part 1:**   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................    $     **398,228.53**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................    $     **398,228.53**

**Part 2:**   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **628,333.48**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **9,676.05**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     **3,611,075.68**

4.   **Total liabilities** .................................................................................................
    Lines 2 + 3a + 3b     $     **4,249,085.21**

**Fill in this information to identify the case:**

Debtor name    **Grillnetics, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:23-bk-00374-BKM**

☐ Check if this is an
     amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Colorado Deposit Account** | **Checking** | **825** | $0.00 |
| 3.2. | **Bank of Colorado Operating Account** | **Checking** | **849** | $0.00 |
| 3.3. | **Bank of Colorado - Payroll account** | **Checking** | **681** | $25,062.21 |
| 3.4. | **Wells Fargo Bank** | **Merchant processing** | **0403** | $8,662.09 |
| 3.5. | **Bank of Colorado Cash Account** | **Checking** | **312** | $46.28 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$33,770.58**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  **Bank of Colorado Certificate of Deposit required by the landlord**                          $66,666.00

7.2.  **Deposit with EastGroup Properties, LP**                          $23,000.00

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                          $89,666.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:     **23,636.55**     -     **0.00**     = ....     $23,636.55
                    face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**                          $23,636.55
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Raw materials** | | **$34,145.90** | | **$10,000.00** |

20.   **Work in progress**

| 21. | **Finished goods, including goods held for resale** | | | |
| | **Appliance inventory** | **$45,886.08** | | **$20,000.00** |

| 22. | **Other inventory or supplies** |

| 23. | **Total of Part 5.** | **$30,000.00** |
| | Add lines 19 through 22.  Copy the total to line 84. |

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| **Office furniture** | **$0.00** | | **$3,500.00** |
| 40. **Office fixtures** | | | |
| **Office fixtures** | **$0.00** | | **$0.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Phone system** | **$1,162.40** | | **$0.00** |
| **Computer equipment** | **$6,210.18** | | **$0.00** |
| **Software** | **$314,182.87** | | **$0.00** |
| **Internal software** | **$47,125.00** | | **$0.00** |

Case 2:23-bk-00374-BKM    Doc 22    Filed 02/03/23    Entered 02/03/23 14:54:48    Desc
Main Document        Page 5 of 37

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                          | **$3,500.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Wolf Robotics IRB 2600ID-8 2.0 SIx Axis Robot Package, Lincoln Tooling with all accessories, attachments and components** | **Unknown** | | **$60,500.00** |
| **1-PMI-20 UPCUT SAW & 2-NITRATED 4X8 WELDING TABLES, 2-BASIC FRAMING KIT, 1-C300 STEEL READY PAK WELDER MULTI-PROCESS POWER& 2-GUN MIG PYTHON 15' AIR COOLED, 3-EXTRACTOR FUME MOBIFLEX 400 13', WELDER MULTI PROCESSOR POWER WAVE, 1-VAIGENERIC VALTRA INC NITRATED 4X8 WELDING TABLE TOGETHER WITH ALL ACCESSORIES AND ATTACHMENTS (leased)** | **$0.00** | | **$0.00** |
| **Lincoln Welder via Airgas and Toyota Forklift 4,000# via Wlech (leased)** | **$0.00** | | **$0.00** |
| **Prussiani Star XL CNC Bridge Saw and Prussiani Italia CNC Bridge Saw** | **$0.00** | | **$85,000.00** |

| PMI Auto 24 DS Drill & Saw System and Water Treatment Solutions Model 4-8 Filtration System | $0.00 | | $35,000.00 |
| --- | --- | --- | --- |
| PM120-2 welders and 3 tables, compressor & saw stop, Oneida Vacuum, welder & forklift (leased) | $0.00 | | $0.00 |
| Kaeser Compressor and Saw Stop (leased) | $0.00 | | $0.00 |
| Oneida Vacuum (leased) | $0.00 | | $0.00 |

51.  **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

                                                  **$180,500.00**

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ■ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1.  **Real property at 5609 W. Latham St., #105, Phoenix, AZ 85043** | **Leasehold interest** | **$0.00** | | **Unknown** |

56.  **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                  **$0.00**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ■ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** **Patent No.: US 2022/0071388 A1** **Enclosure Assembly System** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites** **www.grillnetics.com** | **$0.00** | | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer lists** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
       **Wells Fargo Bank is holding funds as insurance against future chargebacks**                                              $19,447.90

       **Insurance Claim**                                                                                                         $17,707.50

78.    **Total of Part 11.**                                                                                                     $37,155.40

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $33,770.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $89,666.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $23,636.55 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $30,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $180,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $37,155.40 | |
| 91. **Total.** Add lines 80 through 90 for each column | $398,228.53 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $398,228.53 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **Eastgroup Properties**
Creditor's Name

**P.O. Box 676488**
**Dallas, TX 75267-6488**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Bank of Colorado Certificate of Deposit required by the landlord**     **$66,666.00**    **$66,666.00**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **Engs Commercial Finance Co.**
Creditor's Name

**One Pierce Place, Suite 1100 West**
**Itasca, IL 60143**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Wolf Robotics IRB 2600ID-8 2.0 SIx Axis Robot Package, Lincoln Tooling with all accessories, attachments and components**     $207,608.22    $60,500.00

Describe the lien
**Vehicle lien/UCC-1**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/18/2020**
**Last 4 digits of account number**
**6588**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Engs Commercial Finance Co.** | | |
| --- | --- | --- | --- |
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**Prussiani Star XL CNC Bridge Saw and Prussiani Italia CNC Bridge Saw**

**One Pierce Place, Suite 1100 West**
**Itasca, IL 60143**
Creditor's mailing address

$246,798.81     $85,000.00

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/27/2021**
**Last 4 digits of account number**
**3090**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Engs Commercial Finance Co.** | | |
| --- | --- | --- | --- |
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**PMI Auto 24 DS Drill & Saw System and Water Treatment Solutions Model 4-8 Filtration System**

**One Pierce Place, Suite 1100 West**
**Itasca, IL 60143**
Creditor's mailing address

$107,260.45     $35,000.00

**Describe the lien**
**UCC-1 Financing Statement**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/30/2021**
**Last 4 digits of account number**
**1807**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$628,333.48**

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Case 2:23-bk-00374-BKM    Doc 22    Filed 02/03/23    Entered 02/03/23 14:54:48    Desc
Main Document     Page 12 of 37

| Debtor | Grillnetics, LLC | Case number (if known) | 2:23-bk-00374-BKM |
|--------|------------------|------------------------|-------------------|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|-----------------------------------------------------------|-------------------------------------------------|
| **ENGS Commercial Finance Co.**<br>**P.O. Box 128**<br>**Itasca, IL 60143-0128** | Line __2.2__ | |

Case 2:23-bk-00374-BKM    Doc 22    Filed 02/03/23    Entered 02/03/23 14:54:48    Desc
Main Document     Page 13 of 37

**Fill in this information to identify the case:**

Debtor name    **Grillnetics, LLC**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)  **2:23-bk-00374-BKM**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $973.09 | $973.09 |
| | **Arizona Department of Revenue c/o AZ Atty Gen Tax, Bankr & Coll Sect 2005 North Central Avenue Phoenix, AZ 85004-1592** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **payroll taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,702.96 | $8,702.96 |
| | **Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **payroll taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Case 2:23-bk-00374-BKM    Doc 22    Filed 02/03/23    Entered 02/03/23 14:54:48    Desc
30975
Main Document    Page 14 of 37

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,643.99 |
|---|---|---|---|

**AF Distributors**
**3423 E. Atlanta Ave**
**Phoenix, AZ 85040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>vendor debt</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,997.21 |
|---|---|---|---|

**Airgas USA LLC**
**P.O. Box 734671**
**Dallas, TX 75373-4671**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>vendor debt</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $769,000.00 |
|---|---|---|---|

**Andrew Mill**
**2750 Illinois Drive, #205**
**Fort Collins, CO 80525**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>loan</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,737.50 |
|---|---|---|---|

**Arizona Pallet**
**P.O. Box 18107**
**Phoenix, AZ 85009**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>vendor debt</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,732.50 |
|---|---|---|---|

**Bank of Colorado**
**Fort Collins-North Branch**
**1102 Lincoln Ave**
**Fort Collins, CO 80524**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>credit card</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|

**Eastgroup Properties**
**P.O. Box 676488**
**Dallas, TX 75267-6488**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>past due rent</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,407.27 |
|---|---|---|---|

**Ernest Packaging Solutions**
**855 N. 107th Ave**
**Suite C-100**
**Avondale, AZ 85323**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>vendor debt</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,076.45** |
|---|---|---|---|

**Evo America, LLC**
**20360 SW Avery Ct**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,725.00** |
|---|---|---|---|

**Fedex Custom Critical**
**P.O. Box 645123**
**Pittsburgh, PA 15264-5123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151,041.77** |
|---|---|---|---|

**FedEx Freight (Online)**
**Dept. Ch P.O. Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,482.42** |
|---|---|---|---|

**FedEx Freight 973510991**
**Dept. Ch P.O. Box 10306**
**Palatine, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,038.29** |
|---|---|---|---|

**FedEx Ground (Online)**
**P.O. Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,967.46** |
|---|---|---|---|

**Grainger**
**Dept. 887696304**
**P.O. Box 419267**
**Kansas City, MO 64141-6267**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,314.02** |
|---|---|---|---|

**IEC**
**2201 E. Willow St.**
**Bldg D-104**
**Signal Hill, CA 90755-2142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 2:23-bk-00374-BKM    Doc 22    Filed 02/03/23    Entered 02/03/23 14:54:48    Desc
Main Document      Page 16 of 37

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,063.54 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Majestic Hearth Distributors**
**3975 Monaco Parkway**
**Suite D**
**Denver, CO 80207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,198.66 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Memphis Wood Fire Grills**
**P.O. Box 860523**
**Minneapolis, MN 55486-0523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,428.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Middleby Residential/Viking Range LLC**
**P.O. Box 930465**
**Atlanta, GA 31193-0465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number __1005__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,518.15 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Milestone Distributors**
**P.O. Box 110669**
**Carrollton, TX 75011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428,882.78 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Mill Brothers Landscape & Nursery, Inc.**
**4760 Three Bell Parkway**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/1/2021__

Basis for the claim: __loan (due in full by 12/31/2026)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,428.59 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Mill Brothers Landscape & Nursery, Inc.**
**4760 Three Bell Parkway**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __past due lease payments__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575,942.23 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------------|

**Mill Brothers Landscape & Nursery, Inc.**
**4760 Three Bell Parkway**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,115.84 |
|---|---|---|---|

**Mode Distributing LLC**
**4945 E. Hunter Ave**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,159.62 |
|---|---|---|---|

**Packaging Specialists, Inc.**
**6858 W. Chicago St.**
**Suite 1**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $111.00 |
|---|---|---|---|

**Pinnacol Assurance**
**7501 E. Lowry Blvd.**
**Denver, CO 80230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,715.81 |
|---|---|---|---|

**R&L Carriers**
**600 Gillam Road**
**P.O. Box 271**
**Wilmington, OH 45177-0271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,149.44 |
|---|---|---|---|

**Realstone Systems**
**1170 Souter Troy**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,095.59 |
|---|---|---|---|

**Ryerson, Inc.**
**Joseph T. Ryerson & Son Inc.**
**24487 Network Place**
**Chicago, IL 60673-1244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $936.33 |
|---|---|---|---|

**Servicemaster**
**20819 N. 25th Place, #B101**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __vendor debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,150.00 |
|---|---|---|---|

**Spoon Creative, Inc.**
**220 North Green Street**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $441.00 |
|---|---|---|---|

**Sunstone Metal Products LLC**
**16004 Central Commerce Drive**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,096.85 |
|---|---|---|---|

**Tristate Distributors**
**P.O. Box 3623**
**Spokane, WA 99220-3623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,534.40 |
|---|---|---|---|

**Uline**
**Attn: Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,707.50 |
|---|---|---|---|

**Warfel Construction Company**
**1110 Enterprise Road**
**East Petersburg, PA 17520**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __potential disputed claim__

**Last 4 digits of account number** __1001__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,756.47 |
|---|---|---|---|

**Western Computer**
**351 Candalaria Road**
**Oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __vendor debt__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **A.G. Adjustments, Ltd.**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | Line **3.32**<br>☐ Not listed. Explain ____ | **6304** |
| 4.2 | **A.G. Adjustments, Ltd.**<br>**740 Walt Whitman Road**<br>**Melville, NY 11747** | Line **3.11**<br>☐ Not listed. Explain ____ | **4611** |
| 4.3 | **Andrew A. Harnisch**<br>**May Potenza Baran & Gillespie, PC**<br>**1850 N. Central Ave., Suite 1600**<br>**Phoenix, AZ 85004** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **EastGroup Properties, LP**<br>**400 W. Parkway Place, Suite 100**<br>**Ridgeland, MS 39157** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Euler Hermes Collections**<br>**800 Red Brooks Blvd., Suite 400 C**<br>**Owings Mills, MD 21117** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Michael C. Payne**<br>**Coan, Payton & Payne, LLC**<br>**1711 61st Ave., Suite 100**<br>**Greeley, CO 80634** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Ryan Allan Olson**<br>**Felhaber Larson**<br>**220 South Sixth St., Suite 200**<br>**Minneapolis, MN 55402** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Viking Distributing**<br>**4960 Golden Parkway**<br>**Buford, GA 30518** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 9,676.05 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,611,075.68 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,620,751.73 |

Debtor name      **Grillnetics, LLC**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known)   **2:23-bk-00374-BKM**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of property at 5609 W. Latham Street, Suite 105, Phoenix, Arizona 85043 (32,448 sq. ft.)** **Expires June 2026** | |
| | State the term remaining | **4 years** | |
| | List the contract number of any government contract | | **EastGroup Properties, LP** **400 W. Parkway Place, Suite 100** **Ridgeland, MS 39157** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Lincoln Welder via Airgas and Toyota Forklift 4,000# via Wlech** | |
| | State the term remaining | **16 months** | |
| | List the contract number of any government contract | | **Mill Brothers Landscape & Nursery, Inc.** **4760 Three Bell Parkway** **Timnath, CO 80547** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Kaesar Compressor and Saw Stop** | |
| | State the term remaining | **18 months** | |
| | List the contract number of any government contract | | **Mill Brothers Landscape & Nursery, Inc.** **4760 Three Bell Parkway** **Timnath, CO 80547** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1-PMI-20 UPCUT SAW & 2-NITRATED 4X8 WELDING TABLES, 2-BASIC FRAMING KIT, 1-C300 STEEL READY PAK WELDER MULTI-PROCESS POWER& 2-GUN MIG PYTHON 15' AIR COOLED, 3-EXTRACTOR FUME MOBIFLEX 400 13', WELDER MULTI PROCESSOR POWER WAVE, 1-VAIGENERIC VALTRA INC NITRATED 4X8 WELDING TABLE TOGETHER WITH ALL ACCESSORIES AND ATTACHMENTS** | |
|---|---|---|---|
| | State the term remaining | | **Mill Brothers Landscape & Nursery, Inc.** |
| | List the contract number of any government contract | | **4760 Three Bell Parkway** |
| | | | **Timnath, CO 80547** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Oneida Smart 5HP High Vacuum** | |
|---|---|---|---|
| | State the term remaining | **18 months** | **Mill Brothers Landscape & Nursery, Inc.** |
| | List the contract number of any government contract | | **4760 Three Bell Parkway** |
| | | | **Timnath, CO 80547** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark License Agreement for the Grillnetics trademarks Expires 12/31/2026** | |
|---|---|---|---|
| | State the term remaining | **47 months** | **Surroundings LLC** |
| | List the contract number of any government contract | | **4760 Three Bell Parkway** |
| | | | **Timnath, CO 80547** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant Processing Agreement dated 3/1/2020** | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Bank, NA** |
| | List the contract number of any government contract | | **3600 S. College Ave** |
| | | | **Fort Collins, CO 80525** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

Debtor name __Grillnetics, LLC__

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known) __2:23-bk-00374-BKM__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andrew Mill** | **2750 Illinois Drive, #205**<br>**Fort Collins, CO 80525** | **Bank of Colorado** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.2 | **Andrew Mill** | **2750 Illinois Drive, #205**<br>**Fort Collins, CO 80525** | **Evo America, LLC** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.3 | **Tyler Johansen** | **20250 N. 67th Avenue, Apt. 2155**<br>**Glendale, AZ 85308** | **Bank of Colorado** | ☐ D ____<br>■ E/F __3.5__<br>☐ G ____ |
| 2.4 | **Tyler Johansen** | **20250 N. 67th Avenue, Apt. 2155**<br>**Glendale, AZ 85308** | **Ryerson, Inc.** | ☐ D ____<br>■ E/F __3.27__<br>☐ G ____ |
| 2.5 | **Tyler Johansen** | **20250 N. 67th Avenue, Apt. 2155**<br>**Glendale, AZ 85308** | **Mode Distributing LLC** | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

Debtor name    **Grillnetics, LLC**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known)    **2:23-bk-00374-BKM**

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | **$2,436.60** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$3,252,198.01** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | **$3,975,986.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Eastgroup Properties**<br>P.O. Box 676488<br>Dallas, TX 75267-6488 | **last 90 days** | **$71,856.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.2. **Industrial Metal Supply**<br>8300 San Fernando Rod<br>Sun Valley, CA 91352 | **last 90 days** | **$15,048.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. **Majestic Hearth Distributors**<br>3975 Monaco Parkway<br>Suite D<br>Denver, CO 80207 | **last 90 days** | **$25,202.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. **R&L Carriers**<br>600 Gillam Road<br>P.O. Box 271<br>Wilmington, OH 45177-0271 | **last 90 days** | **$35,249.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. **Engs Commercial Finance Co.**<br>One Pierce Place, Suite 1100 West<br>Itasca, IL 60143 | **last 90 days** | **$32,085.69** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mill Brothers Landscape & Nursery, Inc.**<br>4760 Three Bell Parkway<br>Timnath, CO 80547<br>**Related entity** | **last 12 months** | **$33,333.33** | **Reduction in Certificate of Deposit for property lease, which was funded by Mill Brothers Landcape & Nursery, Inc.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Joseph T. Ryerson & Son, Inc. vs. Grillnetics, LLC and Tyler Johansen 02-CV-23-112 | Breach of Contract | Minnesota District Court, Anoka County 2100 3rd Avenue Anoka, MN 55303 | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

### Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen Barnes & Jones, PLC 1850 N. Central Avenue, Suite 1150 Phoenix, AZ 85004** | **Allen Barnes & Jones received a total of $23,738. Allen Barnes & Jones applied $7,000 to pre-petition fees and costs and $1,738 to the Chapter 11 filing fee. Allen Barnes & Jones is holding $15,000 in its IOLTA Trust Account for post-petition fees and costs.** | **08/30/22 - $7,000 12/12/22 - $16,738** | **$23,738.00** |
| | Email or website address **pgiles@allenbarneslaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **4663 Denrose Ct. Fort Collins, CO 80524** | **2018 to 05/2020** |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:     Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:     Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Mill Brothers Landscape & Nursery, Inc.<br>4760 Three Bell Parkway<br>Timnath, CO 80547 | 5609 W. Latham St., #105<br>Phoenix, AZ 85043 | 2007 Toyota Tacoma worth approximately $5,000<br>Raymond Order Picker worth approximately $10,000 | $15,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Andrew Mill<br>2750 Illinois Drive, #205<br>Fort Collins, CO 80525 | 5609 W. Latham St., #105<br>Phoenix, AZ 85043 | Miller 255 Mig welder | Unknown |

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Case 2:23-bk-00374-BKM    Doc 22    Filed 02/03/23    Entered 02/03/23 14:54:48    Desc
Main Document     Page 31 of 37

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| --- | --- | --- |
| | | **Dates business existed** |
| 25.1.  **Mill Brothers Landscape &<br>Nursery, Inc.**<br>**4760 Three Bell Parkway**<br>**Timnath, CO 80547** | **landscape contracting** | EIN:    **84-0869019**<br><br>From-To   **12/18/1981 to present** |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
| --- | --- |
| 26a.1.  **Brock and Company CPAs**<br>**3711 JFK Parkway, Suite 315**<br>**Fort Collins, CO 80525** | **2020-present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
| --- | --- |
| 26c.1.  **David Johnson** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| 26d.1.  **Engs Commercial Finance Co.**<br>**One Pierce Place, Suite 1100 West**<br>**Itasca, IL 60143** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
| --- | --- | --- |
| 27.1  **Kevin Gray, Shop Manager** | **12/31/2021** | **$557,012.53**<br>**Cost basis** |

| Name and address of the person who has possession of<br>inventory records | | |
| --- | --- | --- |
| **Kevin Gray, Shop Manager**<br>**5609 W. Latham St., #105**<br>**Phoenix, AZ 85043** | | |

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **Kevin Gray, Shop Manager** | **10/27/22** | **$45,501.74**<br>**Cost** |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Kevin Gray, Shop Manager**<br>**5609 W. Latham St., #105**<br>**Phoenix, AZ 85043** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tyler Johansen** | **20250 N. 67th Ave, #2155**<br>**Glendale, AZ 85308** | **Member** | **35** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Andrew Mill** | **2750 Illinois Drive, #205**<br>**Fort Collins, CO 80525** | **Manager** | **65** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tyler Johansen** | **20250 N. 67th Avenue, Apt. 2155**<br>**Glendale, AZ 85308** | **Managing Member and President** | **2020 to 9/12/2021** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  3, 2023** _____

**/s/ Andrew Mill** _____    **Andrew Mill** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Manager** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re  **Grillnetics, LLC** _____  Case No.  **2:23-bk-00374-BKM**
                                    Debtor(s)            Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **February  3, 2023** _____   Signature **/s/ Andrew Mill** _____
                                                          **Andrew Mill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re  **Grillnetics, LLC**

Debtor(s)

Case No.  **2:23-bk-00374-BKM**

Chapter  **11**

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the Manager of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __6__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  **February  3, 2023**

**/s/ Andrew Mill**

**Andrew Mill**/**Manager**
Signer/Title

Date:  **February  3, 2023**

**/s/ Philip J. Giles**

Signature of Attorney
**Philip J. Giles 30340**
**Allen, Jones & Giles, PLC**
**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000  Fax: 602-252-4712**