Philip J. Giles, State Bar #30340
David B. Nelson, State Bar #34100
**ALLEN, JONES & GILES, PLC**
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Ofc: (602) 256-6000
Fax: (602) 252-4712
Email: pgiles@bkfirmaz.com
dnelson@bkfirmaz.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| GRILLNETICS, LLC, | Case No. 2:23-bk-00374-BKM |
| Debtor. | **MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE** |

Grillnetics, LLC (the "Reorganized Debtor"), hereby requests entry of a final decree closing this bankruptcy case ("Case"). The Reorganized Debtor has substantially consummated the *Debtor's Plan of Reorganization Dated April 20, 2023 (Subchapter V)* [ECF No. 54] ("Plan"). As no material motions or proceedings remain pending before the Court, closing the Case is proper at this time. The following Memorandum of Points and Authorities supports this request.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. On January 20, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On June 7, 2023, the Court entered the *Order Confirming Debtor's Plan of Reorganization Dated April 20, 2023* [ECF No. 76] ("Confirmation Order").

3. Pursuant to the Plan, all property vested back to the Debtor upon the occurrence of the Effective Date on July 7, 2023.

/ / /

4. On July 10, 2023, the Debtor filed the *Notice of Substantial Consummation and Termination of Subchapter V Trustee*.

5. The Plan provides treatment for the following creditors: Administrative Claims, Priority Tax Claims, and General Unsecured Claims.

6. The Debtor paid all Allowed Administrative Claims, or the parties have agreed to other payment terms.

7. The Debtor has paid the Priority Tax Claims in accordance with the terms of the Plan.

8. The Debtor is on track to make the annual payments to Allowed General Unsecured Creditors in accordance with the Plan.

9. The Plan is therefore substantially consummated. *See* 11 U.S.C. § 1101(2); *Antiquities of Nev. v. Bala Cynwyd Corp. (In re Antiquities of Nev.)*, 173 B.R. 926, 930 (B.A.P. 9th Cir. 1994).

10. As of the date of this Motion, the Debtor is current on all post-petition reports.

11. No adversary proceeding or contested motion remains unresolved.

12. Consequently, Debtor's estate has been fully administered. *Moe v. Munding (In re Spokane Raceway Park, Inc.)*, No. EW-12-1659-PaJuTa, 2013 Bankr. LEXIS 4594, at *9 (B.A.P. 9th Cir. Aug. 2, 2013) (setting forth factors for considering case fully administered).

13. Upon entry of the Order approving this Motion, the Debtor will file a final post-confirmation quarterly report.

**WHEREFORE**, the Debtor requests the Court enter an Order:

    A.    approving this Motion;

    B.    entering a final decree closing this Case; and

/ / /

C. for such other and further relief as the Court deems just and appropriate.

DATED: July 10, 2023.

**ALLEN, JONES & GILES, PLC**

*/s/ PJG #30340*
Philip J. Giles
David B. Nelson
1850 N. Central Ave., Suite 1150
Phoenix, AZ 85004
Attorneys for Debtor

**E-FILED** on July 10, 2023 with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

| | |
|---|---|
| Patty Chan<br>OFFICE OF THE U.S. TRUSTEE<br>230 N. First Avenue, Suite 204<br>Phoenix, AZ 85003<br>patty.chan@usdoj.gov | Ted Burr, Subchapter V Trustee<br>Mac Restructuring Advisors LLC<br>10191 E. Shangri La Road<br>Scottsdale, AZ 85260<br>Ted@MacRestructuring.com |
| Adam B. Nach<br>LANE & NACH, P.C.<br>2001 E. Campbell St., #103<br>Phoenix, AZ 85016<br>adam.nach@lane-nach.com<br>*Attorneys for EastGroup Properties, L.P.* | Andrew A. Harnisch, Esq<br>Grant L. Cartwright, Esq.<br>ERIC W. MOATS, ESQ.<br>May, Potenza, Baran & Gillespie, P.C.<br>1850 N. Central Avenu, Suite 1600<br>Phoenix, AZ 85004-4633<br>gcartwright@maypotenza.com<br>aharnisch@maypotenza.com<br>emoats@maypotenza.com<br>*Attorneys for Creditor Mill Brothers Landscape and Nursery, Inc.* |
| Scott B. Cohen<br>ENGELMAN BERGER, P.C.<br>2800 North Central Avenue, Suite 1200<br>Phoenix, AZ 85004<br>sbc@eblawyers.com<br>*Attorneys for Bank of Colorado* | Charles R. Hyde<br>LAW OFFICES OF C.R. HYDE, PLC<br>2810 V. Swan Rd., Suite 150<br>Tucson, AZ 85712<br>crhyde@oldpueblobankruptcy.com<br>*Attorneys for Tyler Johansen* |

/ / /

/ / /

{00418219} -3-

| | | |
|---|---|---|
| 1 | Janel M. Glynn<br>THE BURGESS LAW GROUP | Justin Logan Rappaport<br>BRONSTER, LLP |
| 2 | 3131 E. Camelback Road, Ste. 224<br>Phoenix, AZ  85016 | 156 West 56th Street, Suite 703<br>New York, New York 10019 |
| 3 | janel@theburgesslawgroup.com<br>*Local Counsel for Signature Financial,* | lrappaport@bronsterllp.com<br>*Counsel for Signature Financial, LLC* |
| 4 | *LLC* | |

Kira N. Barrett
GORDON REES SCULLY MANSUKHANI, LLP
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004
knbarrett@grsm.com
*Attorneys for ENGS Commercial*

*/s/ Stephanie Sheffield*